## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

IN RE: **JAMES F. YUNKMAN**

                          Case Number:    21-45937-TJT
                          Chapter 13

       Debtor.                   Judge TUCKER

_____

WILLIAM D. JOHNSON (P54823)
ACCLAIM LEGAL SERVICES, P.L.L.C.
8900 E. 13 Mile Rd.
Warren, MI 48093
 (248) 443-7033
_____/


### Debtor's Chapter 13 Confirmation Hearing Certificate

At the next confirmation hearing in this case, the debtor intends to: (check ONE of the following)

1.   __X__   Request confirmation of the debtor's plan, even through all timely objections have not been resolved.  I have e-mailed to the Trustee a proposed order confirming the plan, as required in paragraph 2 of the Chapter 13 Case Management Order.  The parties are at an impasse in attempting to resolve these objections despite all reasonable efforts.  The following are:  (a.)  the parties whose timely objections have not been resolved; (b) their unresolved objections; and (c) the legal and factual issues that must be resolved by the Court in connection with confirmation:

                    **Outstanding Trustee Objections:**

| Trustee Objections: | 1. The Trustee objects to the failure to provide for a step increase upon completion of the Debtor's obligation to UMCU. <br> 2. The Trustee objects on the grounds that the Chapter 13 Plan proposes to pay less than the liquidation analysis. |
|---|---|
| Debtor's Response: | 1. The Debtor is proposing to pay all claims in full. Debtor requests that the Trustee withdraw this objection. <br> 2. The Debtor is proposing to pay all claims in full. Debtor requests that the Trustee withdraw this objection. |

                                     /s/ Ryan A. Paree_____
                                     Ryan A. Paree (P80345)
                                     Acclaim Legal Services, P.L.L.C.
                                     26200 Lahser Road
                                     Suite 330
                                     Southfield, MI  48033
                                     248-443-7033
                                     filing@acclaimlegalservices.com